**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Jacqueline C. Cullison | : | Case No 25-12531-amc |
| Debtor | : | |
| | : | |

---

O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before August 15, 2025.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE